IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANA R. FRIAS Individually and on behalf of her infant child ANNEL FRIAS<br><br>*Plaintiffs*,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC.<br><br>*Defendant*. | CIVIL ACTION NO.:<br>5:16-CV-00104 |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT comes Tristar Products, Inc. ("Tristar"), and files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

Tristar has no parent corporation and no publicly held company owns 10% or more of Tristar's stock.

WHEREFORE Defendant Tristar Products, Inc. prays that this Corporate Disclosure Statement be deemed good and sufficient.

Respectfully submitted,

*/s/ Joseph A. Ziemianski*
Joseph A. Ziemianski
Attorney-In-Charge
State Bar No. 00797732
Federal Bar No. 25915
COZEN O'CONNOR
LyondellBasell Tower
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
E-mail: jziemianski@cozen.com

1

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served upon all counsel of record via the Court's electronic filing system on April 25, 2016.

/s/ Joseph A. Ziemianski
Joseph A. Ziemianski