# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ANA R. FRIAS** Individually and on behalf of her child A. F. § § § *Plaintiffs*, § § vs. § § **TRISTAR PRODUCTS, INC.** § § *Defendant*. § | **CIVIL ACTION NO.:** **5:16-CV-00104** |

## JOINT MOTION SEEKING ENTRY OF PROTECTIVE ORDER

1. Pursuant to Rule CV-26(c) of the Local Rules of the Western District of Texas, Plaintiff, Ana R. Frias, Individually and on behalf of her child, A.F., and Defendant Tristar Products Inc. move the Court for entry of the Protective Order attached as Exhibit A.

2. There is good cause for this motion in that the Protective Order, which is adapted from Appendix H to the Local Rules, is intended to give Defendant an opportunity to protect information it believes is confidential while at the same time giving Plaintiff the opportunity to discover information that is necessary for the prosecution of Plaintiff's case.

WHEREFORE, Plaintiff and Defendant request that the Court enter the order attached as Exhibit A.

Respectfully submitted,

  /s/ Paula A. Wyatt_____
Paula A. Wyatt
Texas Bar No. 10541400
pwyatt@wyattlawfirm.com
Gavin McInnis
Texas Bar No. 13679800
WYATT LAW FIRM, LTD.
Renaissance Plaza,
70 NE Loop 410, Suite 725
San Antonio, Texas
Telephone: 210-340-5550
Facsimile: 210-340-5581
*Counsel for Plaintiff*

  /s/ Adam C. Gutmann_____
Joseph A. Ziemianski
State Bar No. 00797732
Federal Bar No. 25915
jziemianski@cozen.com
COZEN O'CONNOR
LyondellBasell Tower
1221 McKinney, Suite 2900
Houston, Texas  77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

Adam C. Gutmann
State Bar No. 24074336
Federal Bar No. 1126258
agutmann@cozen.com
COZEN O'CONNOR
LyondellBasell Tower
1221 McKinney, Suite 2900
Houston, Texas  77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
*Counsel for Defendant*