## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **ANA R. FRIAS Individually and on behalf of her infant child ANNEL FRIAS** § § § *Plaintiffs*, § § **vs.** § § **TRISTAR PRODUCTS, INC.** § § *Defendant.* § § § | **CIVIL ACTION NO.:** **5:16-CV-00104** |

## ORDER

On this day came on to be heard Tristar Products, Inc.'s First Amended Motion for Leave to Designate Responsible Third Party pursuant to TEXAS CIVIL PRACTICE & REMEDIES CODE Section 33.004, and having considered the motion and any responses thereto, the Court finds the Motion meritorious and hereby GRANTS Tristar Products, Inc.'s First Amended Motion for Leave and orders that Zhongshan USATA Electric Appliance Co. Ltd. is hereby designated as a responsible third party pursuant to TEXAS CIVIL PRACTICE & REMEDIES CODE Section 33.004.

Signed this _____ day of _____, 2016.

_____
JUDGE PRESIDING