IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANA R. FRIAS, Individually and on behalf of her minor child, A.F., | § § § | |
| *Plaintiffs* | § § | |
| v. | § | CIVIL ACTION NO.:    5:16-cv-00104 |
| TRISTAR PRODUCTS, INC. | § § § | |
| *Defendant* | § § | |

## ORDER

Having considered Defendant Tristar Products, Inc.'s First Amended Motion for Leave to Designate Responsible Third Party and Plaintiff's Objection Defendant Tristar Products, Inc.'s First Amended Motion for Leave to Designate Responsible Third Party, the Court is of the opinion that Plaintiff's objection should be **SUSTAINED** and Defendant's motion should be **DENIED**.

**ORDERED**, Plaintiff's objection to Defendant Tristar Products, Inc.'s First Amended Motion for Leave to Designate Responsible Third Party is **SUSTAINED**.

**ORDERED**, Defendant Tristar Products, Inc.'s First Amended Motion for Leave to Designate Responsible Third Party is **DENIED**.

**SIGNED AND ENTERED** this _____ day of _____, 2016.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE