IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANA R. FRIAS Individually and on behalf of her infant child ANNEL FRIAS | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO.: 5:16-CV-00104 |
| TRISTAR PRODUCTS, INC. | § § | |
| *Defendant*. | § | |

**NOTICE OF INTENTION TO TAKE THE
DEPOSITION OF DR. J.E. AKIN, PhD PE
WITH SUBPOENA DUCES TECUM**

TO:   Mr. Gavin McInnis and Paula A. Wyatt, Wyatt Law Firm, Ltd., Renaissance Plaza, 70 NE Loop 410, Suite 725, San Antonio, Texas 78216.

Please take notice that pursuant to Texas Rules of Civil Procedure, Defendants will take the oral and videotaped deposition of Dr. J.E. Akin, PhD, PE, on **Friday, December 9, 2016**, at **10:00 a.m.** and continuing until completed. The deposition will be conducted at the offices of Cozen O'Connor, 1221 McKinney, Suite 2900, Houston, Texas 77010.

The deposition will be taken upon oral examination and/or videotaped before a stenographic court reporter authorized by law to take the sworn testimony. The deposition is being taken for the purposes of discovery or use as evidence in this action or for such other purposes as authorized by law and by the Federal Rules of Civil Procedure.

Deponent Dr. J.E. Akin, PhD, PE is commanded to produce and permit inspection and copying of the following documents listed on Exhibit "A" attached hereto.

Respectfully submitted,

_____
Joseph A. Ziemianski
State Bar No. 00797732
Federal Bar No. 25915
E-mail: jziemianski@cozen.com

OF COUNSEL

COZEN O'CONNOR
LyondellBasell Tower
1221 McKinney
Suite 2900
Houston, Texas  77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

**ATTORNEYS FOR TRISTAR PRODUCTS, INC.**

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure on November 29, 2016.

Gavin McInnis
Paula A. Wyatt
pwyatt@wyattlawfirm.com
Wyatt Law Firm, Ltd.
Renaissance Plaza
70 NE Loop 410, Suite 725
San Antonio, TX  78216

_____
Joseph A. Ziemianski

2

## EXHIBIT "A"

The words document or documents as used herein shall be deemed to include any written, printed, recorded, or graphic matter, photographic matter or sound reproductions, however produced or reproduced, now or formerly in the possession, custody or control of the witness.

At the deposition, the witness is instructed to produce the following:

1. Deponent's current resume and curriculum vitae.

2. Complete copies of all professional or occupational licenses or credentials held in deponent's field(s) of specialization; if unavailable, then a listing thereof with all pertinent information.

3. A bibliographic listing of all publications, books, articles, etc., authored by the deponent, alone or in collaboration, for the preceding ten (10) years.

4. Any documents identifying the data or other information considered by the deponent in forming his opinion(s) in this matter, the names and addresses of all persons who participated, and the identification of all tests, investigations or analyses performed.

5. Any reports, summaries, forecasts, working papers, excel spreadsheets, narratives, charts, tables, videos or audio recordings and photos prepared by deponent or reviewed by deponent.

6. Any exhibits to be used as a summary of or in support for deponent's opinions.

7. A bibliographic listing of all books, manuals, guidelines, checklists, articles, publications or other materials consulted by deponent during any such tests, investigations, or analyses, or in the preparation of any reports, summaries, forecasts, narratives, charts, tables, videos, or audio recordings, etc.

8. A list of the style, cause number, and court (including city and state of each case) of any other cases the deponent has testified as an expert at trial or by deposition within the preceding four (4) years.

9. Copies of reports and depositions taken in any case identified in No. 8 above.

10. Your complete file and all documents that have been provided to you or reviewed by you regarding this lawsuit including, but not limited to, pleadings, deposition transcripts, correspondence, time records, time sheets, billing statements, handwritten notes, typewritten notes, email, and telephone call slips.

11. Any documents evidencing the compensation to be paid to deponent for the study and testimony.

12. A report containing a complete statement of all opinions to be expressed and the basis and reasons.

13. Any photographs or video recordings you have taken, been provided, or reviewed regarding this case and/or the incident in question.

14. Any documents, writings, brochures, publications dealing with or relating to advertisement of your expert or consulting activities.

15. Any documents reflecting time spent, and effort expended, by you in preparation for, and consideration of the opinion(s) with regard to this case, including but not limited to time records, billing statements, calendars, and appointment books.

16. Any documents reflecting, in whole or in part, information or assumptions, provided to you by Plaintiff or Plaintiff's counsel for the purpose of considering, referring to or relying upon same, in arriving at your opinion(s) with regard to this case, whether or not such information was, or will be, actually considered, referred to, or relied upon.

17. Any things real or demonstrative, to be used by you in explaining or presenting your opinion(s), or the basis therefore, with regard to this case at the time of trial, including but not limited to photographs, charts, drawings, graphs, models, motion pictures, video tapes, factual observations, tests, supporting data, or calculations.

18. Any and all correspondence by or between you and any party, attorney, consulting expert, or other person regarding the matter the subject of this Lawsuit including all invoices, bills, time records or other documents.

19. All articles, books, papers and other publications prepared by you that have any relevance to this case, except to the extent that compliance would require deponent to go to some outside source to make copies of articles relevant to this case.

20. All articles, books, papers and any other publications on which you relied, directly or indirectly, in the preparation of any report in this case or in preparation of your testimony in this case.

21. An identifying list and copies of all articles, books, pamphlets, government documents and publications on any subject in the field in which you have been consulted as an expert in this case or in which you anticipate rendering testimony in this case, in which you participated as an author, publisher or sponsor.

22. A copy of all papers, seminar materials, presentations or addresses delivered by you, solely or jointly with others, on any subject in the field of your claimed expertise.

23. A list of all courses, seminars or instructional institutes attended by you on any subject in the field of your claimed expertise.

24. A list of all professional associations relating to your field of claimed expertise of which you are a member.

25. Any of the time records of you or those acting on your behalf in connection with the present lawsuit, showing to the extent possible: the person whose time is recorded; the

amount of time recorded; and the task or actions performed during such time.

26. All written communications, records or notes of verbal communications between anyone associated or working with you with regard to this litigation.

27. All documents prepared by you at the request or on behalf of Plaintiffs or their attorney(s).

28. All documents that contain, discuss, refer or relate to the agreement between Plaintiffs or their counsel and you with respect to your employment in this case and the financial consideration you or your employer have or will receive for such employment.

29. All documents including depositions, transcripts or summaries provided by the Plaintiffs in this case, its attorneys or someone on their behalf to you.

30. All documents that contain, discuss, refer or relate to any communications between Plaintiffs or their attorney(s) and you.

31. A list of all courses and/or seminars taught by you on any subject in the field on which you claim to be an expert.

32. Any and all Internet documents reviewed and/or retrieved by you relating to the parties in this case, and the issue in this case or opinions you may offer in this case.

33. Any and all correspondence kept by or on behalf of you in connection with you as an expert in this lawsuit.

34. Any and all work papers, notes or reports generated by you in connection with your services as an expert witness in this lawsuit, including all drafts of reports and affidavits issued or prepared.

35. Copies of articles, text, treatises or other publications on which the expert has been or will be asked to express an opinion concerning authority, reliability or agreement with any statement in such articles, text, treatises or other publications.

36. All contracts, agreements, correspondence or other documents pertaining to or reflecting any involvement, employment, listing, membership, affiliation, understanding or agreement of you with any expert witness referral service, listing service, advertisement, directory or any person or entity involved in locating or referring expert witnesses or consultants for legal mutters.