IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANA R. FRIAS, Individually and on behalf of her minor child, A.F., | § § § | |
| *Plaintiffs* | § § | |
| v. | § | CIVIL ACTION NO.:   5:16-cv-00104 |
| | § | |
| TRISTAR PRODUCTS, INC. | § § | |
| *Defendant* | § § | |

## ORDER

Having considered Plaintiff's Motion to Quash Deposition Notices, and for Protective Order, the Court is of the opinion the motion should be **GRANTED**.

**ORDERED**, the Notice of Intention to Take the Deposition of Dr. J.E. Akin, PhD PE with Subpoena Duces Tecum is **QUASHED**.

**ORDERED**, the Notice of Intention to Take the Deposition of Christine Vidouria with Subpoena Duces Tecum is **QUASHED**.

**ORDERED,** the depositions of Plaintiff's experts shall not be taken until after Defendant has disclosed its experts and provided expert reports.

**SIGNED AND ENTERED** this _____ day of _____, 2016.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE