# EXHIBIT 1

# Gutmann, Adam C.

| | |
|---|---|
| **From:** | Gutmann, Adam C. |
| **Sent:** | Friday, November 4, 2016 11:59 AM |
| **To:** | 'Gavin McInnis' |
| **Cc:** | Daniel Dominguez; Paula Wyatt |
| **Subject:** | RE: Frias v. Tristar - Follow Up Items |

Gavin, that is fine.

Do you have any proposals for the inspection, depos, or IMEs?



**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com

**From:** Gavin McInnis [mailto:gmcinnis@wyattlawfirm.com]
**Sent:** Friday, November 4, 2016 9:22 AM
**To:** Gutmann, Adam C. <AGutmann@cozen.com>
**Cc:** Daniel Dominguez <ddominguez@wyattlawfirm.com>; Paula Wyatt <pwyatt@wyattlawfirm.com>
**Subject:** RE: Frias v. Tristar - Follow Up Items

Adam:

Can we have an agreement to move back two weeks the deadlines for making offers of settlement? We aren't quite ready to make our demand.

Gavin

**From:** Gutmann, Adam C. [mailto:AGutmann@cozen.com]
**Sent:** Wednesday, November 2, 2016 11:09 AM
**To:** Paula Wyatt <pwyatt@wyattlawfirm.com>
**Cc:** Gavin McInnis <gmcinnis@wyattlawfirm.com>; Daniel Dominguez <ddominguez@wyattlawfirm.com>
**Subject:** Frias v. Tristar - Follow Up Items

Paula,

I was glad to hear that Dr. Akin will be able to get his report out. I appreciate you keeping the ball rolling on that.

Since we will not be pushing the expert designation dates, we will need to arrange for the examination of the TRI6 unit by our engineer, as well as the depositions of Plaintiffs and their IMEs.

Please provide dates of availability and we can coordinate on scheduling.

Also – I believe I was asked to cc someone in your office on all correspondence like this, but I can't recall who that was. My apologies.

1

Best regards,



**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

2

# Gutmann, Adam C.

**From:** Paula Wyatt <pwyatt@wyattlawfirm.com>
**Sent:** Saturday, November 12, 2016 8:00 PM
**To:** Gutmann, Adam C.
**Subject:** RE: Frias v. Tristar - Depositions, IMEs, and Examination of Cooke

Yes I am.  I just cannot agree to an IME.  Most judges here do not order them.

Paula Wyatt    Wyatt Law Firm, Ltd.    Office: 210-340-5550   Fax: 210-340-5581

Mailing Address: Renaissance Plaza, 70 NE Loop 410 Ste. 725, San Antonio, TX 78216

**LIFE MEMBER**
MILLION DOLLAR ADVOCATES FORUM
MULTI-MILLION DOLLAR ADVOCATES FORUM
The Top Trial Lawyers In America





Paula A. Wyatt

This e-mail contains confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this e-mail in error, please immediately notify us by e-mail or telephone, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this e-mail information is strictly prohibited.


**From:** Gutmann, Adam C. [mailto:AGutmann@cozen.com]
**Sent:** Saturday, November 12, 2016 7:27 PM
**To:** Paula Wyatt <pwyatt@wyattlawfirm.com>
**Subject:** RE: Frias v. Tristar - Depositions, IMEs, and Examination of Cooke

Paula,

Just so I understand, are you still agreeable to extending Defendant's expert deadline? Are you amenable to extending to December 30th?

**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com


**From:** Paula Wyatt [mailto:pwyatt@wyattlawfirm.com]
**Sent:** Saturday, November 12, 2016 6:44 PM
**To:** Gutmann, Adam C. <AGutmann@cozen.com>
**Subject:** RE: Frias v. Tristar - Depositions, IMEs, and Examination of Cooke

Adam,

I will not agree to IME so we will need to have a hearing on that.  I will get you depo dates asap.

1

**From:** Gutmann, Adam C. [mailto:AGutmann@cozen.com]
**Sent:** Saturday, November 12, 2016 6:41 PM
**To:** Paula Wyatt <pwyatt@wyattlawfirm.com>
**Subject:** RE: Frias v. Tristar - Depositions, IMEs, and Examination of Cooke

Much appreciated. Conservatively, if we may not be able to get the Plaintiffs to sit for IMEs and depos until the two weeks following December 2 (potentially up to December 16), and with the major holidays coming up, I think I would need until December 30th to get the discovery done and allow time for my experts to prepare reports.

Please let me know if this works and I will draft up an agreed motion.



**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com

**From:** Paula Wyatt [mailto:pwyatt@wyattlawfirm.com]
**Sent:** Saturday, November 12, 2016 6:07 PM
**To:** Gutmann, Adam C. <AGutmann@cozen.com>
**Cc:** Daniel Dominguez <ddominguez@wyattlawfirm.com>; Toni Ramirez <tramirez@wyattlawfirm.com>
**Subject:** RE: Frias v. Tristar - Depositions, IMEs, and Examination of Cooke

Yes, I will be glad to do that. I am sorry for the delay. I thought Daniel, the paralegal in charge of the file was getting dates for you. The pressure cooker is here at my office so whenever your expert wants to look at it just let me know. Please send me your proposed dates.
Thank you.

2

**From:** Gutmann, Adam C. [mailto:AGutmann@cozen.com]
**Sent:** Saturday, November 12, 2016 4:55 PM
**To:** Paula Wyatt <pwyatt@wyattlawfirm.com>
**Subject:** RE: Frias v. Tristar - Depositions, IMEs, and Examination of Cooke

Paula,

That being the case, and considering my numerous prior requests for availability to conduct the requested depositions, IMEs and examination of the cooker, please indicate whether you would be amenable to extending our expert designation deadline. As you will recall, I have been accommodating to Plaintiffs in extending deadlines throughout the pendency of this case and I hope you will reciprocate that professional courtesy.

I appreciate your help in moving the case forward and I look forward to your response.

Best regards,



**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com

**From:** Paula Wyatt [mailto:pwyatt@wyattlawfirm.com]
**Sent:** Saturday, November 12, 2016 4:37 PM
**To:** Gutmann, Adam C. <AGutmann@cozen.com>
**Cc:** Toni Ramirez <tramirez@wyattlawfirm.com>; Daniel Dominguez <ddominguez@wyattlawfirm.com>
**Subject:** RE: Frias v. Tristar - Depositions, IMEs, and Examination of Cooke

Adam,

I have NO availability between now and December 2! My calendar is really booked. I will get you dates for the following 2 weeks.

Have a great weekend.

**From:** Gutmann, Adam C. [mailto:AGutmann@cozen.com]
**Sent:** Saturday, November 12, 2016 4:23 PM

3

**To:** Paula Wyatt <pwyatt@wyattlawfirm.com>
**Subject:** RE: Frias v. Tristar - Depositions, IMEs, and Examination of Cooke

Thank you, Paula. I am not sure what their availability will be, but it may be useful to have Plaintiffs' general availability in the next 3 weeks, November 14 – December 2. That way I can try to match up availability. In any event, I will work with you to get a mutually convenient schedule set up.

Thanks again.

***Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

***Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

***Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

# Gutmann, Adam C.

| | |
|---|---|
| **From:** | Paula Wyatt <pwyatt@wyattlawfirm.com> |
| **Sent:** | Saturday, November 12, 2016 3:49 PM |
| **To:** | Gutmann, Adam C. |
| **Subject:** | Re: Frias v. Tristar - Depositions, IMEs, and Examination of Cooke |

I am so sorry for the delay. I thought we had already responded to you! I will get you dates today.

Sent from my iPhone

On Nov 12, 2016, at 2:07 PM, Gutmann, Adam C. <AGutmann@cozen.com> wrote:

> Paula and Gavin,
>
> I have asked on a few occasions when your clients are available for depositions and IMEs. I have also asked for the opportunity to have my expert examine the subject pressure cooker. I have not received any response from you. Please let me know if and when you are willing to present your clients for IMEs, when I can depose them, and when my expert can examine the pressure cooker. Alternatively, I will have to unilaterally notice the depositions and seek relief from the court on the remainder.
>
> I am confident that we can reach a mutually convenient schedule for the foregoing without having to waste the court's time, and I look forward to coordinating with you on that.
>
> Best regards,
>
> 
>
> **Adam C. Gutmann**
> **Associate | Cozen O'Connor**
> LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
> P: 832-214-3919 F: 713-512-5401
> Email | Bio | LinkedIn | Map | cozen.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

1