# EXHIBIT 2

# Gutmann, Adam C.

| | |
|---|---|
| **From:** | Gavin McInnis <gmcinnis@wyattlawfirm.com> |
| **Sent:** | Wednesday, November 16, 2016 8:33 AM |
| **To:** | Gutmann, Adam C. |
| **Cc:** | Paula Wyatt; Daniel Dominguez |
| **Subject:** | Re: Frias/Depos |

Thank you Adam.

Sent from my iPhone

On Nov 16, 2016, at 6:17 AM, Gutmann, Adam C. <AGutmann@cozen.com> wrote:

> Gavin,
>
> As an accommodation to A.F. we can start with Ana.
>
> Sent from my iPhone
>
> On Nov 15, 2016, at 6:43 PM, Gavin McInnis <gmcinnis@wyattlawfirm.com> wrote:
>
>> Adam:
>>
>> Like you, we are not trying to be difficult; however, we are dealing with a minor who has already been traumatized by the situation as a whole, and we need to minimize the additional stress and trauma of putting her through a deposition. Allowing her to sit through her mother's deposition will give her some peace of mind. As such, we are agreeing to produce the minor for deposition, *but only after her mother is deposed.* If we need to ask the court for protection, we will do so.
>>
>> Gavin McInnis
>> Wyatt Law Firm, Ltd.
>> Renaissance Plaza
>> 70 NE Loop 410, Suite 725
>> San Antonio, Texas 78216
>> (210) 340-5550 Office
>> (800) 580-9928 Office
>> (210) 340-5581 Facsimile
>> gmcinnis@wyattlawfirm.com
>> http://www.wyattlawfirm.com
>>
>> **From:** Gutmann, Adam C. [mailto:AGutmann@cozen.com]
>> **Sent:** November 15, 2016 6:26 PM
>> **To:** Gavin McInnis <gmcinnis@wyattlawfirm.com>
>> **Cc:** Paula Wyatt <pwyatt@wyattlawfirm.com>; Daniel Dominguez <ddominguez@wyattlawfirm.com>
>> **Subject:** RE: Frias/Depos

1

Gavin,

Daniel confirmed in writing that both Plaintiffs are available on December 15 for deposition. Unless you can provide me with some sort of authority that states that Plaintiffs can dictate the order that Defendants depose witnesses, I will be noticing the depositions as I indicated to Daniel.

I am not trying to be difficult. This is just the order that makes the most sense to me, and I believe I have the ability to depose witnesses in whatever order I see fit, subject to availability which has already been confirmed.

I will be in depositions tomorrow afternoon, but am happy to discuss tomorrow morning.

Best regards,



**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com

**From:** Gavin McInnis [mailto:gmcinnis@wyattlawfirm.com]
**Sent:** Tuesday, November 15, 2016 4:29 PM
**To:** Gutmann, Adam C. <AGutmann@cozen.com>
**Cc:** Paula Wyatt <pwyatt@wyattlawfirm.com>; Daniel Dominguez <ddominguez@wyattlawfirm.com>
**Subject:** RE: Frias/Depos

Adam:

I am following up on your e-mail exchange with Daniel. Just to clarify, we will be presenting Ana for deposition first, followed by A.F. Please notice Ana at 9:30 a.m. and A.F. to commence after completion of Ana.

Thanks.

Gavin McInnis
Wyatt Law Firm, Ltd.
Renaissance Plaza
70 NE Loop 410, Suite 725
San Antonio, Texas 78216
(210) 340-5550 Office
(800) 580-9928 Office
(210) 340-5581 Facsimile
gmcinnis@wyattlawfirm.com
http://www.wyattlawfirm.com


**From:** Gutmann, Adam C. [mailto:AGutmann@cozen.com]
**Sent:** Tuesday, November 15, 2016 3:33 PM

2

**To:** Daniel Dominguez <ddominguez@wyattlawfirm.com>
**Subject:** RE: Frias/Depos

Daniel,

Actually, I would like to depose A.F. first, but I will stick to that time frame.

| | **Adam C. Gutmann**<br>**Associate | Cozen O'Connor**<br>LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010<br>P: 832-214-3919  F: 713-512-5401<br>Email | Bio | LinkedIn | Map | cozen.com |
|---|---|

**From:** Daniel Dominguez [mailto:ddominguez@wyattlawfirm.com]
**Sent:** Tuesday, November 15, 2016 3:27 PM
**To:** Gutmann, Adam C. <AGutmann@cozen.com>
**Subject:** RE: Frias/Depos

Please notice Ana at 9:30am and A.F to follow.

Best regards,

Daniel Dominguez
Paralegal
Wyatt Law Firm, Ltd.
Renaissance Plaza
70 NE Loop 410, Suite 725
San Antonio, Texas 78216
Phone: (210) 340-5550
Telecopy: (210) 340-5581
Email: ddominguez@wyattlawfirm.com

**From:** Daniel Dominguez
**Sent:** Tuesday, November 15, 2016 1:58 PM
**To:** 'Gutmann, Adam C.' <AGutmann@cozen.com>
**Subject:** RE: Frias/Depos

Adam,

We are good on the 15th.

Best regards,

Daniel Dominguez
Paralegal
Wyatt Law Firm, Ltd.
Renaissance Plaza

3

70 NE Loop 410, Suite 725
San Antonio, Texas 78216
Phone: (210) 340-5550
Telecopy: (210) 340-5581
Email: ddominguez@wyattlawfirm.com

**From:** Gutmann, Adam C. [mailto:AGutmann@cozen.com]
**Sent:** Monday, November 14, 2016 2:21 PM
**To:** Daniel Dominguez <ddominguez@wyattlawfirm.com>
**Subject:** RE: Frias/Depos

Daniel,

I am available on the 15th. We can do both in one day. Please let me know if this works for Plaintiffs and I will send out notices.

Thank you .



**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com

**From:** Daniel Dominguez [mailto:ddominguez@wyattlawfirm.com]
**Sent:** Monday, November 14, 2016 10:37 AM
**To:** Gutmann, Adam C. <AGutmann@cozen.com>
**Subject:** Frias/Depos

Adam,

We can present out clients on Dec 15 and Dec 16, 2016.  Please let us know as soon as possible if these dates work.


Best regards,

Daniel Dominguez
Paralegal
Wyatt Law Firm, Ltd.
Renaissance Plaza
70 NE Loop 410, Suite 725
San Antonio, Texas 78216
Phone: (210) 340-5550
Telecopy: (210) 340-5581
Email: ddominguez@wyattlawfirm.com

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It***

4

*constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*