# EXHIBIT 3

# Gutmann, Adam C.

| | |
|---|---|
| **From:** | Gavin McInnis <gmcinnis@wyattlawfirm.com> |
| **Sent:** | Tuesday, November 29, 2016 6:49 PM |
| **To:** | Gutmann, Adam C. |
| **Cc:** | Toni Ramirez; Daniel Dominguez; Morse, Laurie M.; Ziemianski, Joseph; Paula Wyatt |
| **Subject:** | RE: Frias v. Tristar - Deposition of Dr. Akin |

Adam:

We are not trying to deny you basic discovery. As indicated in my prior e-mail to you, and in the Motion to Quash that we filed this evening, it is our position that you are not entitled to take our experts' depositions until after you have designated your experts and provided reports. In that regard, please provide us with *all dates your availability* from January 9 to the end of January, 2017, and we will check with our experts to see if any of those dates work for them.

We don't have a problem moving the deadline to mediate to January 31, 2017.

You should be receiving the settlement demand by separate email shortly.

Please let me know when your experts wish to come to San Antonio to inspect the subject pressure cooker.

Regards,

Gavin McInnis
Wyatt Law Firm, Ltd.
Renaissance Plaza
70 NE Loop 410, Suite 725
San Antonio, Texas 78216
(210) 340-5550 Office
(800) 580-9928 Office
(210) 340-5581 Facsimile
gmcinnis@wyattlawfirm.com
http://www.wyattlawfirm.com

**From:** Gutmann, Adam C. [mailto:AGutmann@cozen.com]
**Sent:** November 29, 2016 11:29 AM
**To:** Gavin McInnis <gmcinnis@wyattlawfirm.com>; Paula Wyatt <pwyatt@wyattlawfirm.com>
**Cc:** Toni Ramirez <tramirez@wyattlawfirm.com>; Daniel Dominguez <ddominguez@wyattlawfirm.com>; Morse, Laurie M. <LMorse@cozen.com>; Ziemianski, Joseph <JZiemianski@cozen.com>
**Subject:** RE: Frias v. Tristar - Deposition of Dr. Akin

Counsel,

As you have again chosen to ignore my requests for basic discovery, I am left with no choice other than to notice the requested depositions at a time convenient for myself and my client. In that regard, pursuant to FRCP 30, please find attached the notices of deposition for Dr. J.E. Akin and Christine Vidouria. These notices are also being sent to you via fax. If these dates do not work, please confer with me. As of now, I am available to conduct these depositions on December 9, 12, and 19-23.

Further, as you are aware, we are required to mediate this case by December 30, 2016. However, the designated mediator, Andrew Lehrman, does not have any dates that work for us between now and the end of the year. As such, I

1

would propose filing an agreed motion to extend the mediation deadline until January 31, 2016. Please indicate if you are amenable to such a motion.

As you are also aware, the docket control order required Plaintiffs to submit a written offer of settlement by November 4, 2016. By agreement, that deadline was extended by two weeks until November 18, 2016. To date, we have not received any demand from Plaintiffs. As soon as possible, please provide the required offer of settlement.

Best regards,



**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com

**From:** Gutmann, Adam C.
**Sent:** Wednesday, November 23, 2016 4:13 PM
**To:** 'Gavin McInnis' <gmcinnis@wyattlawfirm.com>; Paula Wyatt <pwyatt@wyattlawfirm.com>
**Cc:** Toni Ramirez <tramirez@wyattlawfirm.com>; Daniel Dominguez <ddominguez@wyattlawfirm.com>; Morse, Laurie M. <LMorse@cozen.com>; Ziemianski, Joseph <JZiemianski@cozen.com>
**Subject:** RE: Frias v. Tristar - Deposition of Dr. Akin

Gavin:

Are you suggesting that you will not present your experts for deposition until after Defendant's experts issue reports? What is your basis for this?

Pursuant to FRCP 26(b)(4)(A) Tristar is entitled to take the deposition of your experts at any point after he or she has issued a report. Dr. Akin has issued his report in this case and according to the rules you are required to make him available for deposition. There is no reference to expert reports from the other side.

You delayed in getting deposition dates for Plaintiffs, which necessitated moving Defendant's expert designation deadline. Now you are delaying in allowing us to take expert depositions. Repeatedly, I have had to ask multiple times for responses from you on basic discovery, only to be ignored or met with refusals and arbitrary restrictions. This is a clear pattern of impeding discovery to the detriment of Tristar.

Please provide dates of availability between now and December 30 for the depositions of Dr. Akin and Christine Vidouria, or we will have to seek relief from the court.



**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com

**From:** Gavin McInnis [mailto:gmcinnis@wyattlawfirm.com]
**Sent:** Wednesday, November 23, 2016 3:18 PM
**To:** Gutmann, Adam C. <AGutmann@cozen.com>; Paula Wyatt <pwyatt@wyattlawfirm.com>
**Cc:** Toni Ramirez <tramirez@wyattlawfirm.com>; Daniel Dominguez <ddominguez@wyattlawfirm.com>; Morse, Laurie

2

M. <LMorse@cozen.com>
**Subject:** RE: Frias v. Tristar - Deposition of Dr. Akin

Adam:

We are working on getting you dates, which will need to be after we receive your reports. In that regard, when do you anticipate getting us reports?

When does your expert want to come to San Antonio to inspect the subject pressure cooker?

Gavin McInnis
Wyatt Law Firm, Ltd.
Renaissance Plaza
70 NE Loop 410, Suite 725
San Antonio, Texas 78216
(210) 340-5550 Office
(800) 580-9928 Office
(210) 340-5581 Facsimile
gmcinnis@wyattlawfirm.com
http://www.wyattlawfirm.com

**From:** Gutmann, Adam C. [mailto:AGutmann@cozen.com]
**Sent:** November 23, 2016 3:15 PM
**To:** Paula Wyatt <pwyatt@wyattlawfirm.com>; Gavin McInnis <gmcinnis@wyattlawfirm.com>
**Cc:** Toni Ramirez <tramirez@wyattlawfirm.com>; Daniel Dominguez <ddominguez@wyattlawfirm.com>; Morse, Laurie M. <LMorse@cozen.com>
**Subject:** RE: Frias v. Tristar - Deposition of Dr. Akin

Paula,

Just another reminder to provide dates of availability for Dr. Akin, as requested below.

I hope you have a great Thanksgiving.

Best regards,



**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com

**From:** Gutmann, Adam C.
**Sent:** Thursday, November 17, 2016 4:11 PM
**To:** Paula Wyatt <pwyatt@wyattlawfirm.com>; 'Gavin McInnis' <gmcinnis@wyattlawfirm.com>
**Cc:** Toni Ramirez <tramirez@wyattlawfirm.com>; Daniel Dominguez <ddominguez@wyattlawfirm.com>; Morse, Laurie M. <LMorse@cozen.com>
**Subject:** Frias v. Tristar - Deposition of Dr. Akin

Paula,

Please provide dates of availability for the deposition of Dr. Akin.

I understand he is located in Houston. If it would be more convenient for you or Dr. Akin, we can use my office. Just a suggestion. Otherwise I am happy to come to San Antonio.

Best regards,



**Adam C. Gutmann**
**Associate | Cozen O'Connor**
LyondellBasell Tower, 1221 McKinney, Suite 2900 | Houston, TX 77010
P: 832-214-3919 F: 713-512-5401
Email | Bio | LinkedIn | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*