# EXHIBIT 4

Case 5:16-cv-00104-OLG   Document 29-4   Filed 12/06/16   Page 1 of 2



LAW FIRM
A PASSION FOR JUSTICE

November 18, 2016

**Via U.S. CMRR 7016 2070 0000 9076 4281
& E-mail: agutmann@cozen.com**
Joseph A. Ziemianski
Adam C. Gutmann
COZEN O'CONNOR
LyondellBassell Tower
1221 McKinney, Suite 2900
Houston, Texas 77010

    Re:    Cause No. 5:16-CV-00104; In The United States District Court, Western District of Texas, San Antonio Division; Ana R. Frias, et al vs. Tristar Products

Dear Counsel:

Please find enclosed the following:

1. Plaintiff's Fist Set of Interrogatories to Defendant;
2. Plaintiff's First Requests for Production to Defendant;
3. Plaintiff's First Request for Admissions to Defendant.

Should you have any questions regarding the above, please feel free to contact our office.

                Best regards,

                /s/ Daniel Dominguez

                Paralegal to PAULA WYATT and
                GAVIN MCINNIS

GM/drd
Enclosure

RENAISSANCE PLAZA · 70 NE LOOP 410 SUITE 725 · SAN ANTONIO TX 78216
210.340.5550 · 800.580.9928 · FAX 210.340.5581