# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ANA R. FRIAS Individually and on behalf of her infant child ANNEL FRIAS** § § § | | |
| *Plaintiffs*, § § | | |
| vs. § § | **CIVIL ACTION NO.:** | |
| **TRISTAR PRODUCTS, INC.** § § | **5:16-CV-00104** | |
| *Defendant*. § | | |

## ORDER

On this day came on to be heard Plaintiffs' Motion to Quash Deposition Notices, and For Protective Order, and having considered the motion and any responses thereto, the Court hereby DENIES Plaintiffs' Motion to Quash Deposition Notices, and For Protective Order, and orders that Plaintiffs present their expert witnesses Dr. J.E. Akin, and Christine Vidouria in advance of Defendant Tristar Products, Inc.'s December 30, 2016, expert designation deadline.

Signed this _____ day of _____, 2016.

_____
JUDGE PRESIDING